## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL GARCIA, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>WALGREEN CO. and WALGREEN EASTERN CO., INC.,<br><br>　　Defendants. | Civil Action No. 2:21-cv-00457-MJH |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Daniel Garcia voluntarily dismisses all claims alleged against Walgreen Co. and Walgreen Eastern Co., Inc. without prejudice, and with each party bearing their own costs. Neither Walgreen Co. nor Walgreen Eastern Co., Inc. has filed an answer or motion for summary judgment such that dismissal under Fed. R. Civ. P. 41(a)(1) is appropriate.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: June 15, 2021　　　　　　　　　　　*/s/ Kevin W. Tucker*
　　　　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　　　　　　Pa. No. 320659
　　　　　　　　　　　　　　　　　　　　　**EAST END TRIAL GROUP LLC**
　　　　　　　　　　　　　　　　　　　　　6901 Lynn Way, Ste. 215
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15208
　　　　　　　　　　　　　　　　　　　　　Tel. (412) 877-5220
　　　　　　　　　　　　　　　　　　　　　Fax. (412) 626-7101
　　　　　　　　　　　　　　　　　　　　　ktucker@eastendtrialgroup.com
　　　　　　　　　　　　　　　　　　　　　kabramowicz@eastendtrialgroup.com

Jason M. Leviton (*pro hac* forthcoming)
Lauren Godless (*pro hac* forthcoming)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
Tel. (617) 398-5600
jason@blockleviton.com
lauren@blockleviton.com

*Counsel for Plaintiffs*

It is so ordered this 15th day of June 2021.

_____
Marilyn J. Horan
United States District Judge